GERALD KRIM et al., Respondents, v. CITY OF NEW YORK et al., Defendants, and CARISTO CONSTRUCTION CORP., Appellant.—

In our opinion, the jury's verdict in favor of the plaintiffs against said defendant and the jury's implicit finding that the negligence of such defendant caused the accident, are against the weight of the credible evidence. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.